IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JEFFREY B. LARSEN,<br><br>     Plaintiff,<br><br><br><br>     vs.<br><br><br>DRIVE FINANCIAL SERVICES *doing business as* James R. Kruse, P.C.<br><br>     Defendant. | **REPORT AND RECOMMENDATION**<br><br><br><br><br><br>Case No. 2:08-cv-933-DB |

Plaintiff Jeffrey B. Larsen filed his Complaint in this case on December 2, 2008. (Doc. 3.) Plaintiff then filed numerous other pleadings and filings. Plaintiff last filed something in this case on February 10, 2009, approximately one month before the Court entered a March 9, 2009 order denying Plaintiff's motion to appoint counsel. (Docs. 15, 17.)

The next entry in the Court's docket in this case is a September 14, 2010 Order to Show Cause. (Doc. 18.) In that order, the Court directed Plaintiff to respond within 30 days why his Complaint should not be dismissed for failure to prosecute. The Court informed Plaintiff that his failure to so respond would result in dismissal of this case. (Doc. 18.)

Plaintiff has not responded to the Court's Order to Show Cause. As a result, **IT IS HEREBY RECOMMENDED** that Plaintiff's case be **DISMISSED** for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *Meade v. Grubbs*, 841 F.2d 1512, 1520 (10th Cir. 1988) (recognizing court's general power to dismiss for failure to prosecute or comply with federal rules of procedure).

Copies of the foregoing Report and Recommendation are being mailed to the parties who are hereby notified of their right to object to the same. The parties are further notified that they must file any objections to the Report and Recommendation, with the clerk of the district court, pursuant to 28 U.S.C. § 636(b), within ten (10) days after receiving it. Failure to file objections may constitute a waiver of those objections on subsequent appellate review.

DATED this 15th day of November, 2010.

BY THE COURT:

_____
Samuel Alba
United States Magistrate Judge